0AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 12/11/2024

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Diego Ediel Paez-Chaparro ) | Case No.  24-6437MJ |
| a.k.a.: Diego Ediel Paez Chaparro ) | |
| A #201 273 868 ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about December 3, 2021, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Diego Ediel Paez-Chaparro, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 2, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  *Digitally signed by CHARLES BAILEY*
*Date: 2024.12.12 11:10:07 -07'00'*

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for SAUSA Regan Pauls

☒ Continued on the attached sheet.

LUIS M VENEGAS  *Digitally signed by LUIS M VENEGAS*
*Date: 2024.12.12 11:55:10 -07'00'*

*Complainant's signature*

Luis Venegas
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: December 12, 2024 @12:44pm

*Judge's signature*

City and state: Phoenix, Arizona

Alison S. Bachus
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis Venegas, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about December 3, 2021, officers with the Salt River Police Department (SRPD) arrested and booked Diego Ediel Paez-Chaparro into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Paez-Chaparro was confined at the MCJ, ICE officers interviewed him and determined him to be a citizen of Mexico, unlawfully present in the United States. On or about the same date, an immigration detainer was lodged with the MCJ for Paez-Chaparro. Paez-Chaparro was subsequently convicted and sentenced on local charges and was transferred from the MCJ to the Arizona Department of Corrections (AZ DOC) to serve his sentence. On or about April 27, 2022, an immigration detainer was lodged with the AZ DOC for Paez-Chaparro. On or about December 11, 2024, Paez-Chaparro was released from the AZ DOC to ICE custody and transported to the Florence ICE office for further investigation and processing. Paez-Chaparro was held in administrative custody until his criminal and immigration records could be obtained.

3. Immigration history checks revealed Diego Ediel Paez-Chaparro to be a citizen of

Mexico and previously deported alien. Paez-Chaparro was removed from the United States to Mexico, through Nogales, Arizona, on or about May 2, 2020, pursuant to a final order of removal issued by an immigration official. There is no record of Paez-Chaparro in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Paez-Chaparro's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about February 19, 2020, Diego Ediel Paez-Chaparro was convicted of Reentry of Removed Alien, a felony offense, in the United States District Court, District of Arizona. Paez-Chaparro was sentenced to six (6) months of incarceration, and twelve (12) months of supervised release. Paez-Chaparro's criminal history was matched to him by electronic fingerprint comparison.

5. On or about April 29, 2022, Diego Ediel Paez-Corral was advised of his constitutional rights. Diego Ediel Paez-Chaparro and willingly acknowledged his rights and agreed to provide a statement under oath. Paez-Chaparro stated that his true and correct name is Diego Ediel Paez-Chaparro, and that he is a citizen of Mexico. Paez-Chaparro also stated that he illegally entered the United States at or near Lukeville, Arizona, "in July 2021." Paez-Chaparro further stated that he had been previously deported from the United States, but did not apply for permission from the Attorney General of the United States or Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about December 3, 2021, Diego Ediel Paez-Chaparro an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about May 2, 2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

LUIS M VENEGAS
Digitally signed by LUIS M VENEGAS
Date: 2024.12.12 11:55:50 -07'00'

Luis Venegas
Immigration and Customs Enforcement

Sworn to telephonically on
December 12, 2024

Alison S. Bachus
United States Magistrate Judge